UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:21-CR-00031-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    ORDER |
| | ) |
| | ) |
| JARVIS GERNARD GLADNEY | ) |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal docket

entry 51 and its accompanying exhibit. The Court is of the opinion that this entry should be filed

under seal in the interest of justice.

IT IS THEREFORE ORDERED that the requested documents be sealed and be filed under

seal.

This the __21__ day of September 2022.


THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE